UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: STEVEN WAYNE BONILLA | No. 2:24-cv-03481-JAM-CSK |
| | No. 2:24-cv-03482-JAM-CSK |
| | No. 2:24-cv-03539-JAM-CSK |
| | No. 2:24-cv-03570-JAM-CSK |
| | No. 2:24-cv-03571-JAM-CSK |
| | No. 2:24-cv-03576-JAM-CSK |
| | No. 2:24-cv-03579-JAM-CSK |
| | No. 2:24-cv-03580-JAM-CSK |
| | No. 2:24-cv-03581-JAM-CSK |
| | |
| | ORDER |

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the above-captioned civil actions. On November 29, 2018, the Court declared Plaintiff a vexatious litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1  proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in
2  Alameda County. (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.
3  13). On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of
4  the Court to open a new case for each attempted new pleading and assign it to the Court for
5  review. (Id. at ECF No. 26.)  If the Court determines the new filing is related to Plaintiff's
6  Alameda County criminal conviction, the case will be ordered dismissed and closed. (Id.)

   The Court has reviewed the complaints/petitions filed in the above-captioned cases and
finds they are related to Plaintiff's Alameda County criminal conviction.[1]

   Accordingly, IT IS HEREBY ORDERED that 2:24-cv-03481, 2:24-cv-03482, 2:24-cv-03539, 2:24-cv-03570, 2:24-cv-3571, 2:24-cv-03576, 2:24-cv-03579, 2:24-cv-03580 and 2:24-cv-03581 are **DISMISSED**; the Clerk of the Court is **DIRECTED** to **CLOSE** these cases. **No further filings will be accepted.**

Dated: January 3, 2025             /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   SENIOR UNITED STATES DISTRICT JUDGE

---

[1] In the caption of 2:24-cv-03581, plaintiff names the Lassen County Superior Court. To the extent plaintiff intended to raise the claims raised in 2:24-cv-03581 in the United States District Court for the Eastern District of California, this Court finds that the claims raised in 2:24-cv-03581 are related to Plaintiff's Alameda County criminal conviction.